```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

BOYD E. HORTON,                         :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :    CIVIL ACTION 05-0659-BH-M
                                        :
JACK TILLMAN, et al.,                   :
                                        :
    Defendants.                         :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 29th day of March, 2006.

                                                                          s/ W. B. Hand
                                                       SENIOR DISTRICT JUDGE